JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Hiscox Insurance Company, Inc., <br><br> Plaintiff, <br><br> v. <br><br> KMK Commercial Lines Agency, Inc., et al. <br><br> Defendants. | Case No. EDCV 18-00699 JGB (SPx) <br><br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrently herewith, the Motion for Default Judgment against KMK Commerical Lines Agency, Inc. and Kendra Aleman ("Defendants") filed by Plaintiff Hiscox Insurance Company, Inc. ("Plaintiff") is GRANTED. Plaintiff is AWARDED $12,575.69 in reimbursement of expenses paid in defense of the iLink Lawsuit.

IT IS FURTHER ORDERED that Plaintiff is GRANTED rescission of its professional liability insurance policy to Defendants.

IT IS FURTHER ORDERED that Plaintiff is GRANTED a declaration that it has no duty to defend Defendants in the iLink Lawsuit.

Dated: August 14, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge